FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 1 8 2011

James N. Hatten, Clerk
By: /s/ AMCauu
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BRENDA E. CROOK-PETITE-EL,

    Plaintiff,

VS.

CASE NO. 1:11-CV-2350-ODE

BUMBLE BEE SEAFOODS L.L.C.;
CHRISTOPHER LISCHEWSKI; AND
CONNERS BROTHERS INCOME
FUND,

    Defendants.

## ORDER STAYING PROCEEDINGS AND DISCOVERY PENDING COURT'S RULING ON BUMBLE BEE'S MOTION TO DISMISS

**WHEREAS**, Plaintiff has filed her *Negligence/Strict Liability Personal Injury* Complaint, on July 19, 2011, *Plaintiff" (sic) Amendment to Complaint Filed July 19, 2011* on August 18, 2011, *Amendment to Original Complaint* on August 24, 2011, and the *Motion to Amend "Statement of Claim" for the Original Complaint* on September 15, 2011;

**WHEREAS**, Bumble Bee Foods, LLC (hereinafter "Bumble Bee") filed its *Motion to Dismiss* and *Brief in Support* in response to Plaintiff's September 15, 2011 *Motion to Amend "Statement of Claim" for the Original Complaint*;



EXHIBIT "A"

**WHEREAS,** Bumble Bee's *Motion to Dismiss* contends that Plaintiff's action is time-barred by the applicable two year statute of limitations and there are no circumstances under which Plaintiff's action can continue;

**WHEREAS,** Bumble Bee's *Motion to Dismiss* is currently pending before this Court;

**WHEREAS,** this Court has broad discretion to stay proceedings within its inherent power to control its own docket;

**WHEREAS,** a Stay of Proceedings and Discovery will not harm the parties' position and may avoid the unnecessary waste of the Court's limited resources as well as those of the parties involved;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Bumble Bee's Motion to Stay Proceedings and Discovery Pending the Motion to Dismiss before this Court is **GRANTED**.

This 18 day of November ~~October~~, 2011.

_____
HON. ORINDA D. EVANS, Judge

Prepared and Presented by:

*signature*

Carol P. Michel
Georgia Bar No. 504046
Jeffrey N. Amason
Georgia Bar No. 774303
*Attorneys for Bumble Bee Foods, LLC*
3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 Office
(404) 875-9433 Facsimile
cmichel@wwhgd.com
jamason@wwhgd.com